RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for JOHN LAWRENCE LOPEZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JOHN LAWRENCE LOPEZ,<br><br>         Defendant. | Case No. 15-CR-142-RFB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and SUSAN CUSHMAN, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and REBECCA LEVY, Assistant Federal Public Defender, counsel for JOHN LAWRENCE LOPEZ, that the Revocation Hearing currently scheduled on October 1, 2015 at 10:30 a.m., be vacated and continued to October 21, 2015 at 10:30 a.m.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defendant is currently scheduled to be sentenced on October 21, 2015 and would like to address both matters on said date.

2. As an aside, counsel for the defense is set to start trial in the matter of *United States vs. Anton Paul Drago,* Case No. 13-cr-334-JCM on October 19, 2015 currently, but will update the Court if personal appearance on October 21, 2015 is not possible.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 28th of September, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By */s/Rebecca A. Levy*<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | By */s/ Susan Cushman*<br>SUSAN CUSHMAN<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN LAWRENCE LOPEZ,<br><br>　　　　Defendant. | Case No. 15-cr-142-RFB<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation of pretrial release hearing currently scheduled for October 1, 2015 at 10:30 a.m., be vacated and continued to October 21, 2015 at the hour of 10:30 _a_ .m.; or to a time and date convenient to the court.

   DATED this 28th of September, 2015

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICTJUDGE

3